IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY LEE SMITH,              )
                             )
    Plaintiff,               )
                             )
    v.                       )    CIVIL ACTION NO.
                             )       2:01cv1430-T
MICHAEL HALEY, et. al.       )         (WO)
                             )
    Defendants.              )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants' objections to the recommendations of the magistrate judge (Doc. Nos. 150 & 152) are sustained as they pertain to the issue of qualified immunity on the plaintiff's claim for damages for denial of possession of a crystal.

(2) Plaintiff's objections (Doc. No. 155) are overruled.

(3) The recommendation (Doc. No. 146) and supplemental recommendation (Doc. No. 151) of the magistrate judge entered November 30, 2004, and December 17, 2004, respectively, are rejected as to the plaintiff's claim for damages for denial of possession of a crystal, and are

adopted as to all other claims.

(4) Judgment is entered in favor of the defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that all other outstanding motions are denied.

It is further ORDERED that costs are taxed against plaintiff Smith, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

A memorandum opinion in support of this judgment will follow in five days.

DONE, this the 30th day of September, 2005.

                                            /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE