IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY LEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:01cv1430-T |
| MICHAEL HALEY, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

ORDER

In the judgment entered on September 30, 2005 (Doc. No. 161), the court said that a memorandum opinion in support of the judgment would follow in five days. However, in reviewing plaintiff's recently filed motion to appeal in forma pauperis (Doc. No. 164), the court realized that it had overlooked entry of the opinion. Accordingly, it is ORDERED that the opinion is entered today.

DONE, this the 1st day of December, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE